# Exhibit 2

# Britney Long

| | |
|---|---|
| **From:** | foia_noreply@nih.gov |
| **Sent:** | Friday, August 16, 2024 2:50 PM |
| **To:** | S&G Information Request Staff |
| **Subject:** | Status Update for Request #62313 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Aaron Siri,


The status of your FOIA request #62313 has been updated to the following status 'Received'. To log into the NIH FOIA Public Portal click on the Application URL below.


https://foiaportal.nih.gov


Sincerely,

National Institutes of Health

1